UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAUL WILLIAMS,

        Petitioner,

v.                                            CASE NO. 6:05-cv-1568-Orl-31DAB

FL ATTORNEY GENERALs, et al.,

        Respondent.

## **ORDER OF TRANSFER**

After examination of the Petition, it appears that this action should have been filed in the United States District Court, Middle District of Florida, Ocala Division. This is a habeas corpus action by a federal prisoner incarcerated at the Federal Correctional Institution in Coleman, Florida. Local Rule 1.02 (c) provides that "[a]ll civil proceedings of any kind shall be instituted in that Division encompassing the county . . . having the greatest nexus with the cause . . . ." Since Petitioner is incarcerated in Coleman, Florida, this matter should be transferred to the Ocala Division.

It is **ORDERED AND ADJUDGED**:

That this case shall be **transferred** to the United States District Court, Middle District of Florida, Ocala Division.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 19th day of October, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 10/19
Paul Williams